# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>v.<br>(2) ELIZABETH REEVES SPORLEDER,<br>                  Defendant, | **UNDER SEAL**<br><br>Criminal No. 20-252 (WMW/HB) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee: __ELIZABETH REEVES SPORLEDER__
Detained at (custodian): __HENNEPIN COUNTY JAIL__

The government is requesting the **investigating agency** to transport detainee.

Detainee is:  a.)  (X) charged in this district by: Indictment
                         Charging Detainee With: __Conspiracy to Distribute a Controlled Substance__
  or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of this proceeding
  or  b.)  (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on January 26, 2021 at 1:00 p.m. in the courtroom of the Honorable Tony N. Leung.

Dated: January 26, 2021

                                                            *s/ Lauren O. Roso*
                                                            LAUREN O. ROSO, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| January 26, 2021<br>Date | *Tony N. Leung*  TONY N. LEUNG<br>UNITED STATES MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Female |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1983 |
| Facility Address: | 350 South 5th street | Race: | |
| | Minneapolis, MN 55415 | FBI #: | |
| Facility Phone: | (612) 348-5112 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                                 (Signature)