IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Tony N. Leung |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  20-cr-252 WMW/HB |
| | ) | Date:  January 26, 2021 |
| Elizabeth Reeves Sporleder (2), | ) | Video Conference |
| | ) | Time Commenced:  1:00 p.m. |
| Defendant, | ) | Time Concluded:  1:09 p.m. |
| | | Time in Court:  9 minutes |

APPEARANCES:

Plaintiff: Nathan Nelson, Assistant U.S. Attorney
Defendant: Shannon Elkins & Sarah Weinman, Assistant Federal Public Defender
  X FPD    X To be appointed

Date Charges Filed: 11/4/2020          Offense: Conspiracy to distribute a controlled substance

  X Waived Reading of Charges    X Advised of Rights

on   X Indictment

X Government moves for detention. Motion is X granted; temporary detention ordered.

Next appearance date is Thursday, January 28, 2021, at 3:00 p.m. via video conference before U.S. Magistrate Judge Tony N. Leung for:
  X Detention hrg    X Arraignment

X Government moves to unseal the case as to this defendant.    X Granted

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

s/ACH
Signature of Courtroom Deputy