# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | **COURT MINUTES - CRIMINAL** |
| ) | BEFORE:  Tony N. Leung |
| Plaintiff,   ) | U.S. Magistrate Judge |
| ) | |
| v.   ) | Case No:            20-cr-252 WMW/HB |
| ) | Date:                 January 28, 2021 |
| Elizabeth Reeves Sporleder (2),   ) | Court Reporter:  Lynne Krenz |
| Defendant.   ) | Video Conference |
| ) | Time Commenced:  3:03 p.m. |
| | Time Concluded:   3:20 p.m. |
| | Time in Court:       17 minutes |

X **DETENTION HRG ONLY**

APPEARANCES:

Plaintiff: Nathan Nelson, Assistant U.S. Attorney
Defendant:  Shannon Elkins, Assistant Federal Public Defender
X FPD

On    X  Superseding Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Additional Information:

Defendant arraigned, see arraignment minutes and order.
X Defendant consents to this hearing via video conference.

Defendant detained until a bed is available.

s/SAE<br>Signature of Criminal Duty Clerk