# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>v.<br><br>Elizabeth Reeves Sporleder (2),<br>            Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:   TONY N. LEUNG<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 20-cr-252 WMW/HB |
| Date: | January 28, 2021 |
| Court Reporter: | Lynne Krenz |
| Video Conference | |
| Time Commenced: | 3:20 p.m. |
| Time Concluded: | 3:21 p.m. |
| Time in Court: | 1 minute |

**APPEARANCES:**

  Plaintiff: Nathan Nelson, Assistant U.S. Attorney
  Defendant:  Shannon Elkins,
        X FPD

**Superseding Indictment Dated:**   11/4/2020

    X Reading of Indictment Waived      X Not Guilty Plea Entered

| | |
|---|---|
| Government Disclosures Due Date: | February 4, 2021 |
| Defendant's Disclosures Due Date: | February 11, 2021 |
| Motion Filing Date: | February 18, 2021 |
| Motion Response Date: | March 4, 2021 |
| Notice of Intent to call Witnesses: | March 4, 2021 |
| Responsive Notice Deadline: | March 8, 2021 |
| Motion Hearing Date: | March 12, 2021 at 1:00 p.m. via video conference before Magistrate Judge Hildy Bowbeer |
| Voir Dire/Jury Instruction Due Date: | March 8, 2021 |
| Trial Date: | March 22, 2021 at 9:00 a.m. before District Judge Wilhelmina M. Wright in CR7A, St. Paul |

Other Remarks:
  X Counsel to be notified of additional dates by separate Order to be issued.
  X Defendant consents to this hearing via video conference.

                                                         s/SAE
                                            Signature of Courtroom Deputy