AO 442 (Rev. 11/11) Arrest Warrant

F#11198506

**RECEIVED**
JAN 28 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota



| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. CR 20-252(2) WMW/HB |
|  | ) |
| Elizabeth Reeves Sporleder | ) |
|  | ) |
| *Defendant* |  |

## AMENDED ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Elizabeth Reeves Sporleder ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1 - Conspiracy to Distribute a Controlled Substance, 21:841(a)(1) and 846

Date: 11/06/2020

City and state:   Minneapolis, MN

*Issuing officer's signature*
Kate M. Fogarty, Clerk of Court
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |

Date: _____

ARRESTED ON 1/26/2021
ARRESTED BY DEA-WHCAP
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

**SCANNED**
JAN 29 2021
U.S. DISTRICT COURT ST. PAUL