RECEIVED

MAR 26 2021

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH REEVES SPORLEDER,<br><br>Defendant. | Criminal No. 20-252(2) WMW/HB<br><br>**MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL** |

Comes now Shannon Elkins, appointed counsel for Elizabeth Reeves Sporleder, and hereby moves the Court to allow counsel to withdraw from the defendant's representation and that substitute counsel be appointed to represent the defendant in the above proceedings.

It has come to the attention of counsel that a conflict of interest exists within the office.

Therefore, counsel requests that the Court grant this motion to withdraw and that an attorney from the Criminal Justice Act Panel be appointed to represent the defendant.

Dated: March 26, 2021

Respectfully submitted,

*s/ Shannon Elkins*

———————————————
SHANNON ELKINS
Attorney ID No. 332161
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415


SCANNED
MAR 26 2021
U.S. DISTRICT COURT MPLS