**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REVOCATION
## COURT MINUTES - CRIMINAL

United States of America,

    Plaintiff,

v.

Elizabeth Reeves Sporleder(2),

    Defendant.

BEFORE: Elizabeth Cowan Wright
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 20-cr-252 WMW/HB |
| Date: | July 8, 2021 |
| | Video Conference |
| Time Commenced: | 2:19 p.m. |
| Time Concluded: | 2:29 p.m. |
| Time in Court: | 10 minutes |

APPEARANCES:

Plaintiff: Manda Sertich, Assistant U.S. Attorney
Defendant: Lisa Lopez, Assistant Federal Public Defender
  X FPD

Date Charges Filed: 4/9/2021  Offense: unsuccessful discharge from treatment facility; positive drug test for oxy and fentanyl; active warrants

X Advised of Rights

on  Violation of X Pre-trial Release

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is July 13, 2021 at 11:00 a.m. via video conference before U.S. Magistrate Judge Elizabeth Cowan Wright for:
 X Detention hrg  X Bond Revocation

Additional Information:
X Defendant consents to this hearing via video conference

                    s/ JAM
                Signature of Courtroom Deputy