UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 20-cr-0252 (WMW/TNL) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Elizabeth Reeves Sporleder (2), | |
| Defendant. | |

Before the Court is Plaintiff United States of America's motion for an order dismissing the superseding indictment against Defendant Elizabeth Reeves Sporleder in this matter. (Dkt. 390.) Pursuant to Rule 48(a), Fed. R. Crim. P., the United States's motion for dismissal is **GRANTED** and the superseding indictment against Defendant Elizabeth Reeves Sporleder, (Dkt. 119), is **DISMISSED**.

Dated: July 22, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge